No. 90–5411. POWLOWSKI v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5413. OLIVAREZ v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 90–5417. ANDINO v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–5420. DIXON v. FOX ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5430. GLAUDE v. STATE BAR OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–5431. SINGLETON v. MOORE, ATTORNEY GENERAL OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 90–5437. BALMER ET UX. v. STATE FARM FIRE & CASUALTY CO. C. A. 11th Cir. Certiorari denied.

No. 90–5438. SPARKS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 90–5441. MADDEN v. NBD MORTGAGE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5447. HALL v. NEY. C. A. 6th Cir. Certiorari denied.

No. 90–5448. LONDON v. ARINGTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–5449. MOHIUDDIN v. ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS ET AL. Sup. Ct. Ala. Certiorari denied.

No. 90–5450. NUBINE v. COOLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5451. COOPER v. JONES ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 90–5455. GREEN v. SMITH, WARDEN. C. A. 5th Cir. Certiorari denied.